IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SWAROVSKI AKTIENGESELLSCHAFT and SWAROVSKI NORTH AMERICA LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONGGUAN ALLEN HOUSE OF JEWELRY & FINDINGS CO., LTD., et al.,<br><br>    Defendants. | Case No. 19-cv-02498<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Mary M. Rowland** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Swarovski Aktiengesellschaft's and Swarovski North America Limited's (collectively, "Swarovski" or "Plaintiffs"), hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Yiwu Dvacaman Jewelry Co., Ltd. | 10 |
| anime31 | 80 |
| exc_ambay | 89 |
| fashionnfun815 | 91 |
| greatdeal320 | 93 |
| lakerstar | 100 |
| marklovecathy | 104 |
| newcandy789 | 107 |
| zhongguomoliflower | 121 |

| | |
|---|---|
| Dated this 6th day of June 2019. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Amy C. Ziegler<br>Justin R. Gaudio<br>RiKaleigh C. Johnson<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>rjohnson@gbc.law<br><br>*Counsel for Plaintiff Levi Strauss & Co.* |